IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRENT LEEON HARRIS,                    )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )        1:25-cv-1049
                                       )
OFFICER MCMILLAN, OFFICER              )
MCNEAL, and SGT BARNES,                )
                                       )
            Defendants.                )

## <u>ORDER</u>

On November 19, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de</u> <u>novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff taking appropriate action as instructed in his prior case, 1:25-cv-676.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 19th day of March, 2026.

_____
United States District Judge

- 2 -